```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                                              **CRIMINAL NO. 3:02CR53-WHB-JCS**

**SARA WATKINS**

## OPINION AND ORDER

This cause is before the Court on the Petition for Expungement filed with the Clerk of the Court on May 24, 2006, by Defendant Sara Watkins.  Through the Petition, Watkins seeks expungement of her criminal record, with regard to a conviction of misdemeanor possession of a controlled substance.

The right to expungement of a criminal record "is 'exceedingly narrow' and is granted only in exceptional circumstances." Sealed Appellant v. Sealed Appellee, 130 F.3d 695, 702 (5th Cir. 1997 (citations omitted); see also United States v. Sizemore, Criminal No. 2:04CR29-DCB, 2006 WL 1366020 (S.D. Miss. May 18, 2006); United States v. Flowers, 389 F.3d 737 (7th Cir. 2004).  Through the subject Petition, Watkins has cited absolutely no "exceptional circumstances" that would warrant expunging her record.  In fact, Watkins set forth no circumstances whatsoever in support of her position that expungement is warranted.  The Court therefore finds that Watkins' Petition must be denied.

      IT IS THEREFORE ORDERED that Watkins' Petition for Expungement (docket entry no. 14) is hereby denied.

      SO ORDERED this the 21st day of June, 2006.

                                       <u>s/ William H. Barbour, Jr.</u>  
                                       UNITED STATES DISTRICT JUDGE

tct